

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF MISSISSIPPI**

**ARLEN B. COYLE**
**CLERK**

**301 WEST COMMERCE STREET**
**SUITE 310**
**POST OFFICE BOX 704**
**ABERDEEN, MS 39730**
**TELEPHONE: (662) 369-4952**
**FACSIMILE: (662) 369-9569**

**911 JACKSON AVENUE, SUITE 369**
**OXFORD, MS 38655**
**TELEPHONE: (662) 234-1971**
**FACSIMILE: (662) 236-5210**

**305 MAIN STREET, SUITE 329**
**POST OFFICE BOX 190**
**GREENVILLE, MS 38701**
**TELEPHONE: (662) 335-1651**
**FACSIMILE: (662) 332-4292**

November 2, 2004

Larry Banks
P. O. Box 265
Eupora, MS   39744

      Re: Banks v Johnson and Blasingame
        Civil Action No. 1:00CV106-D-A

Dear Mr. Banks:

This is a reminder that your case is set for trial on November 29, 2004, at Aberdeen, MS, beginning at 9:30 AM.

Your free world witnesses (Veil Hudson, Kenny Moore, Tim Bush, Steve McCullor, Tony Nelson, and Bobby Roberson) are your responsibility to have present at trial pursuant to Fed. R. Civ. P. 45 (copy attached) along with appropriate funds to pay the statutory per diem attendance fee, 28 USC § 1821 (copy attached), and mileage expenses, 5 USC § 5704 (copy attached).   I have enclosed several copies of the subpoena form which is to be used to serve on the witnesses you wish to testify at trial on November 29, 2004.

As I stated before, I have contacted Parchman regarding your inmate witnesses - Anthony James, K'Setta Coleman and Odie E. D'Mands - and they have all been released; and, therefore, must be treated as free world witnesses. Therefore, you would need to issue a subpoena for any of these witnesses you wish to testify at the trial.

                    Very truly yours,
                    /S/Rosalee Ellixson
                    Rosalee Ellixson, Courtroom Deputy
                    to Chief Judge Glen H.  Davidson

cc: Court file
    Steven C. Cookston, Esq
    Grif Carden, Pro Se Law Clerk