IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LARRY BANKS      )

    Plaintiff   )

v          )    NO. 1:00CV106-D-A

ANTHONY JOHNSON and   )
ED BLASINGAME

    Defendants )

## ORDER DISMISSING CAUSE WITH PREJUDICE

This matter was set down for trial to commence on November 29, 2004, in the federal courthouse at Aberdeen, Mississippi. All notices were sent to the plaintiff at his mailing address that was furnished to the court. None of the notices or pleadings were returned to the court. Apparently, plaintiff received all appropriate notices setting this case down for trial.

On November 29, 2004, court was convened in Aberdeen with a jury panel having been summoned and being ready to commence the trial of the cause. The plaintiff, Larry Banks, did not appear and totally and wholly failed to prosecute this civil action. The plaintiff was called three times in the in the courtroom and the hallways and totally and wholly failed to appear and respond.

Accordingly, this cause is DISMISSED with prejudice. All costs incurred herein are assessed to the plaintiff.

ORDERED AND ADJUDGED this 29th day of November, 2004.

_____
Chief Judge